In the Matter of the Application of THE BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for Rapid Transit Purposes in the Borough of Manhattan.

JOSEPH N. EARLY et al., Appellants.

Argued April 11, 1938; decided May 17, 1938.

*James F. Donnelly* and *Walter J. McNichols* for appellants.

*William C. Chanler, Corporation Counsel (Alan M. Stroock* and *Paxton Blair* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.